# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michael Rosales**<br>DOB: 1993; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**25-3179MJ** |

Complaint for a violation of Title 18, United States Code, §§ 2252A(a)(5)(B) and (b)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 28, 2025, at or near Lukeville, in the District of Arizona, **Michael Rosales**, using any means or facility of interstate and foreign commerce, did possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 28, 2025, at approximately 6:30 p.m., Homeland Security Investigations (HSI) Special Agents (SA), received information from Customs and Border Protection Officers (CBPOs) at the Lukeville Port of Entry in Lukeville, Arizona concerning the discovery of Child Sexual Abuse Material (CSAM) on **Michael ROSALES's** mobile device, an Apple iPhone 15, with serial number GFYK4FR625. CBPOs stated that they conducted a search of **ROSALES's** phone due to an alert in a reliable Law Enforcement database that **ROSALES's** phone may contain CSAM. CBPOs described the CSAM to be both male and female minors, including prepubescent minors, in several photo albums on **ROSALES's** mobile device.

At approximately 9:50 p.m., HSI SA John Lake, with CBPO Carlos Rosa witnessing, viewed what had previously been discovered earlier during the initial search of **ROSALES's** mobile device. HSI SA Lake observed several images of young females appearing to be minors based on their body composition and the lack of developed breasts in **ROSALES'** main photos folder. HSI SA Lake viewed the default Apple photos hidden folder and observed approximately 1,298 images and videos that appeared to be young males performing sexual acts. Multiple videos that were saved in **ROSALES'** hidden folder show young, prepubescent males performing anal intercourse, and multiple videos depicting young teenage males masturbating. Some of the images and videos appeared as if they had been captured from a video call, showing both the minors' face and genitals. HIS SA Lake believed that "Minor Victim" was possibly an underage male.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>COMPLAINT REVIEWED by AUSA R. Arellano *Raquel Arellano* (Digitally signed by RAQUEL ARELLANO Date: 2025.09.30 09:21:43 -07'00') | SIGNATURE OF COMPLAINANT<br>**JOHN B LAKE** (Digitally signed by JOHN B LAKE Date: 2025.09.30 09:37:10 -07'00')<br><br>OFFICIAL TITLE & NAME:<br>Special Agent John Lake, HSI |
|---|---|
| Sworn to before me and subscribed in my telephonically.    X | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 30, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2 of 2**

HSI SA Lake also observed messages from **ROSALES** to "Minor Victim" requesting pornographic pictures and videos be sent to him and stating he would pay "Minor Victim" for the pictures.

At approximately 10:18 p.m., HSI SA Lake and HSI Task Force Officer Ron Potter conducted a post-*Miranda* interview of **ROSALES** at the Lukeville Port of Entry. HSI SA Lake read **ROSALES,** his *Miranda* rights. **ROSALES** waived them and agreed to being questioned by HSI SA Lake.

During questioning, **ROSALES** admitted to HSI SA Lake that he has been buying and trading child sexual abuse material for approximately two years. **ROSALES** communicated to HSI SA Lake that he has spent approximately $500.00 to over a thousand U.S. Dollars on buying CSAM. **ROSALES** stated that he typically buys from Instagram channels or Telegram channels with his Pay Pal account.

HSI SA Lake asked **ROSALES** if he knew the individuals saved in his phone were minors. **ROSALES** stated that he knew the individuals saved in his phone were not 18 years old and began saving the content out of curiosity. **ROSALES** also stated that the majority of the images saved on his phone were of 15—18-year-olds but acknowledged that there are some that are younger.

**ROSALES** admitted that he would watch live shows on Instagram based in Indonesia with an adult and a minor conducting sex acts. When questioned if there was more content in **ROSALES'** iPhone, **ROSALES** admitted to HSI SA Lake that there is more CSAM located in his Telegram account.

HSI SA Lake questioned **ROSALES** about who "Minor Victim" was and his approximate age. **ROSALES** stated that he met "Minor Victim" on a Chinese video stream approximately 4-6 months ago and that "Minor Victim" was 16 years old. **ROSALES** stated that he has never met "Minor Victim" in real life.

HSI SA Lake asked **ROSALES** if anyone else uses his Apple iPhone to which **ROSALES** stated that he is the only one that uses his phone.

The interview of **ROSALES** with HSI SA Lake and HSI TFO Potter concluded at 10:59 p.m.